

FILED
DEC 0 1 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA, )
    Plaintiff, )
vs. )
EMILIO OSORNIO VALDOVIONS, )
    Defendant. )

1:11-MJ-257 SKO

MJ-11-0539-01

Order to Unseal Complaint, Order and Warrant for Extradition

The Court finds that there is good cause to unseal the Complaint, Order and Warrant for Extradition.

IT IS ORDERED that the Complaint, Order and Warrant for Extradition are hereby unsealed.

DATED this 1st day of December, 2011.

/s/

Cynthia Imbrogno
United States Magistrate

Order to Unseal Complaint, Order and Warrant for Extradition

| | Michael C. Ormsby
United States Attorney
Eastern District of Washington
Stephanie J. Lister
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767 |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON |
| 7 | |
| 8 | UNITED STATES OF AMERICA, ) |
| 9 | Plaintiff, ) MJ-11-0539-01 |
| 10 | vs. ) Motion To Unseal Complaint, Order and Warrant for Extradition |
| 11 | EMILIO OSORNIO VALDOVINOS, ) |
| 12 | Defendant. ) |

The Plaintiff, United States of America, by and through Michael C. Ormsby, United States Attorney for the Eastern District of Washington, and Stephanie J. Lister, Assistant United States Attorney, moves the Court for an order to unseal the Complaint, Order and Warrant for Extradition in this matter. The Defendant has been arrested in the Eastern District of California and the matter will be transferred there.

DATED this 1st day of December, 2011.

    Michael C. Ormsby
    United States Attorney

    s/ *Stephanie J. Lister*

    Stephanie J. Lister
    Assistant United States Attorney

Motion To Unseal Complaint, Order and Warrant for Extradition - 1
P11201jm.SLC.wpd